# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 151
:
REAPPOINTMENTS TO THE : DISCIPLINARY RULES DOCKET
PENNSYLVANIA INTEREST ON :
LAWYERS TRUST ACCOUNT BOARD :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of May, 2017, David S. Posner, Esquire, Washington County, Gretchen L. Kelly, Esquire, Allegheny County, and Forest N. Myers, Esquire, Franklin County, are hereby reappointed to the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing September 1, 2017.